# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand and thirteen,

Before: DEBRA ANN LIVINGSTON,
        GERARD E. LYNCH,
        RAYMOND J. LOHIER, JR.,
          *Circuit Judges.*

_____

In Re: AMR Coporation et al.,

    Debtors,

_____

U.S. Bank Trust National Association, as Trustee and Security Agent under the Indenture and Aircraft Security Agreement for American Airlines 2009-2 Senior Secured Notes Due 2016 and as Loan Trustee and Pass Through Trustee under those certain Indenture and Security Agreements with respect to the AMR 2009-1 EETC and AMR 2011-2 EETC Transactions,

    Appellant,

    v.

AMR Corporation, American Airlines, Inc.,

    Appellees.

**JUDGMENT**
Docket No. 13-1204

_____

    The appeal in the above captioned case from a judgment of the United States Bankruptcy Court for the Southern District of New York was argued on the bankruptcy court's record and the parties' briefs.  Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the bankruptcy court is AFFIRMED in accordance with the opinion of this court.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court